**Entered on Docket
September 15, 2009**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

Stearns Bank
09-75068

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-51940-gwz |
| Patrick Merrick Judson and Lesley Ann Judson | Date:   9/1/09<br>Time: 10:00am |
| | Chapter 7 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic Stay in the

\\\

above-entitled bankruptcy proceedings is granted as to the subject property described as 2085 La Fond Drive, Reno, NV 89509.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Kevin A. Darby**
4777 Caughlin Pkwy.
Reno, NV 89519
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**C. Geoffry Wilson**
10580 N. McCarran Blvd
Suite 115-332
Reno, NV 89503
Chapter 7 Trustee

| | |
|---|---|
| 1 | ALTERNATIVE METHOD RE: LOCAL RULE 9021: |
| | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one): |
| 2 | ____ The court waived the requirements of LR 9021. |
| 3 | ____ No parties appeared or filed written objections, and there is no trustee appointed in the case. |
| | _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any |
| 4 | unrepresented parties who appeared at the hearing, and any trustee appointed in this case, |
| 5 | and each has approved or disapproved the order, or failed to respond, as indicated below |
| | (list each party and whether the party has approved, disapproved, or failed to respond to the |
| 6 | document): |
| 7 | (List Parties) |
| | Debtor's counsel: |
| 8 | _____ approved the form of this order        _____ disapproved the form of this order |
| 9 | |
| 10 | _____ waived the right to review the order and/or   _X_ failed to respond to the document |
| 11 | _____ appeared at the hearing, waived the right to review the order |
| 12 | _____ matter unopposed, did not appear at the hearing, waived the right to review the order |
| 13 | Trustee: |
| 14 | _____ approved the form of this order        _____ disapproved the form of this order |
| 15 | _____ waived the right to review the order and/or   _X_ failed to respond to the document |
| 16 | Other Party:_____ |
| 17 | _____ approved the form of this order        _____ disapproved the form of this order |
| 18 | _____ waived the right to review the order and/or   _____ failed to respond to the document |
| 19 | Breach Order: |
| 20 | _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of |
| 21 | this proposed order were transmitted to Debtor's counsel and appointed trustee to which |
| 22 | they have not replied |
| 23 | |
| 24 | Submitted by: |
| 25 | /s/ Gregory L. Wilde, Esq. |
| | Gregory L. Wilde, Esq. |
| 26 | Attorney for Secured Creditor |